

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00236-CV

**IN THE INTEREST OF G.M.M.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA00084
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, we **REVERSE** the portion of the trial court's judgment terminating appellant's parental rights and **RENDER** judgment denying the Texas Department of Family and Protective Services' petition to termination appellant's parental rights. The trial court's judgment is **AFFIRMED** in all other respects.

It is **ORDERED** that no costs be assessed against the appellant in relation to this appeal because appellant qualifies as indigent under Texas Rules of Appellate Procedure 20. *See* TEX. R. APP. P. 20.1(b).

SIGNED August 27, 2025.

_____
Velia J. Meza, Justice